UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-301 PAM/SRN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUDITH N. LANGAN,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER OF DISMISSAL** |

Based on the United States' satisfaction and release of debt, representing a settlement and or satisfaction of the debts identified in the instant complaint and action, for good cause shown, it is hereby

ORDERED that the above-entitled complaint and action is dismissed with prejudice.

Dated this 14th day of May, 2001.

United States District Judge

MAY 14 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK